Law office of
JOHN E. LAMBERT, Ltd.
603 Pine Street, Elko, NV 89801
(775) 738-2828, fax (775) 777-8877

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ANGELA CARNEY., individually and as the natural mother and Guardian on behalf of DEVIN CARNEY, an individual minor child,

    Plaintiffs,

v.

THE STATE OF NEVADA ex rel. its DEPARTMENT OF EDUCATION, KEITH RHEALT, SUPERINTENDENT OF PUBLIC INSTRUCTION, ELKO COUNTY SCHOOL DISTRICT, ELKO COUNTY BOARD OF TRUSTEES, ANTOINETTE CAVANAUGH, SUPERINTENDENT, in her official and individual capacity, ELKO COUNTY SCHOOL DISTRICT, SUSAN LAWRENCE, DIRECTOR OF SPECIAL SERVICES, in her official and individual capacity, LESLIE LOTSPEICH, in her official and individual capacity, BETHANY BURGESS, in her official and individual capacity, and CAROL BANGHART, RN, SCHOOL NURSE COORDINATOR, in her official and individual capacity.

    Defendant.
_____/

Case No. 3:05-CV-0713-BES(RAM)

**STIPULATION FOR ADDITIONAL TIME TO RESPOND TO DEFENDANtS' MOTIONS FOR SUMMARY JUDGMENT AND MOTIONS TO DISMISS**
Doc. # 76-78

COMES NOW the plaintiffs, by and through their attorney, John Lambert, and Defendants, by and through their attorney, Rebecca Bruch, and hereby stipulate that the plaintiffs may have an additional 30 days from date of defendants' filing in which to respond to the defendants' Motion for Summary Judgment and the defendants' Motion to Dismiss, filed on November 29, 2007. The plaintiffs may file their response on December 31, 2007. The parties further stipulate that the

///

///

1  defendants shall have to the 31st day of January, 2007 to file a Reply.

2

3  DATED this 9th day of December, 2007.

4  ERICKSON, THORPE & SWAINSTON        JOHN E. LAMBERT, Ltd.
   99 West Arroyo Street                              603 Pine St.
5  Reno, NV 89505                                       Elko, Nevada 89801

6

7  _____/s/_____                  _____/s/_____
   Rebecca A. Bruch                              John Lambert
8  Nevada Bar No. 7289                          Nevada Bar No. 4311

9

10

11

12  IT IS SO ORDERED:

13

14                                                              LARRY R. HICKS
                                                                UNITED STATES DISTRICT JUDGE
15
                                                                DATED: December 13, 2007